5 So.2d 852

**Flossie SPROUSE v. STATE.**

**8 Div. 206.**

Court of Appeals of Alabama.
Nov. 18, 1941.
Rehearing Stricken Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 174

**Deedy SPURLING v. STATE.**

**7 Div. 700.**

Court of Appeals of Alabama.
Oct. 27, 1942.

Earle Montgomery, of Talladega, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 926

**STANDARD LIFE INS. CO. OF THE SOUTH v. Freddie F. Ray HEASLETT.**

**6 Div. 820.**

Court of Appeals of Alabama.
Oct. 7, 1941.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.
Louis Silberman and Sam C. Pointer, both of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

8 So.2d 226

**STATE v. Dalton EDMONDSON.**

**7 Div. 668.**

Court of Appeals of Alabama.
April 7, 1942.

Thos. S. Lawson, Atty. Gen., for the State.
Roberts & Cunningham, of Gadsden, for appellant.

SIMPSON, Judge.
Appeal dismissed on motion of appellant.

11 So.2d 175

**STATE v. Ralph A. MANUEL.**

**1 Div. 443.**

Court of Appeals of Alabama.
Nov. 3, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of the State.

10 So.2d 59

**Delbert STEVENS v. STATE.**

**7 Div. 712.**

Court of Appeals of Alabama.
Oct. 6, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.